UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROSEMARIE A. HERMAN, *individually and as*                        :
*beneficiary of the trust created by Rosemarie A. Herman*         :
*as grantor dated November 27, 1991*,                             :
                                                                  :        19-CV-3662 (JMF) (GWG)
                                    Plaintiff,                    :
                                                                  :        ORDER WITHDRAWING
          -and-                                                   :            THE REFERENCE
                                                                  :
ARIEL E. BELEN, *in his capacity as Temporary Trustee*            :
*of the Trust under Agreement dated November 27, 1991*,           :
                                                                  :
                                    Nominal Plaintiff,            :
                                                                  :
                                                                  :
          -v-                                                     :
                                                                  :
JULIAN MAURICE HERMAN; WINDSOR PLAZA                              :
LLC, WINDSOR PLAZA LLC; REVENUE FUNDING                           :
SERVICES LLC; TPG GLOBAL VENTURES LLC;                            :
DAN THOMAS LOUNSBURY, JR.; "ABC CORP,"                            :
"JOHN DOE," and "JANE DOE,"                                       :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

          On November 14, 2019, the Honorable Deborah A. Batts, to whom this case was
previously assigned, entered an order referring the pending motion to dismiss to Magistrate
Judge Gabriel W. Gorenstein.  *See* ECF No. 21.  On February 20, 2020, the case was reassigned
to the undersigned following the death of Judge Batts.  In light of the foregoing, the Court hereby
withdraws the reference to Magistrate Judge Gorenstein.

          SO ORDERED.

Dated: April 29, 2020
          New York, New York                          _____
                                                              JESSE M. FURMAN
                                                           United States District Judge