UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                           :

ROSEMARIE A. HERMAN, *individually and as*
*beneficiary of the trust created by Rosemarie A. Herman*
*as grantor dated November 27, 1991,*

                                Plaintiff,

         -and-

ARIEL E. BELEN, *in his capacity as Temporary Trustee*
*of the Trust under Agreement dated November 27, 1991,*      19-CV-3662 (JMF)

                         Nominal Plaintiff,      ORDER OF DISMISSAL

         -v-

JULIAN MAURICE HERMAN; WINDSOR PLAZA
LLC; WINDSOR PLAZA LLC; REVENUE FUNDING
SERVICES LLC; TPG GLOBAL VENTURES LLC;
DAN THOMAS LOUNSBURY, JR.; "ABC CORP";
"JOHN DOE"; and "JANE DOE,"

                               Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court having been advised at ECF No. 29 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       Any pending motions are moot. All conferences are canceled. The Clerk of Court is

directed to close the case.

      SO ORDERED.

Dated: June 3, 2020
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge